# NO. 12-14-00203-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LINDA C. TATE REDDIC,* *APPELLANT* | § | *APPEAL FROM THE 321ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *LARRY D REDDIC SR.,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of jurisdiction pursuant to Texas Rule of Appellate Procedure 42.3(a). The trial court's judgment was signed on March 10, 2014. Under rule of appellate procedure 26.1, the notice of appeal must be filed within thirty days after the judgment is signed. However, Appellant, Linda C. Tate Reddic, filed a motion for new trial. *See* TEX. R. APP. P. 26.1(a) (providing that notice of appeal must be filed within ninety days after judgment signed if any party timely files motion for new trial). Therefore, her notice of appeal was due to have been filed no later than June 8, 2014. Reddic did not file her notice of appeal until July 7, 2014, and did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3 (authorizing appellate court to extend time for filing notice of appeal if, within fifteen days of deadline for filing notice of appeal, party files notice of appeal in trial court and motion for extension of time in appellate court). Because the notice of appeal was not filed on or before June 8, 2014, it was untimely.

On January 7, 2015, this Court notified Reddic pursuant to Texas Rules of Appellate Procedure 37.1 and 42.3 that her notice of appeal was untimely. Reddic was further informed that the appeal would be dismissed unless, on or before January 19, 2015, the information in the appeal was amended to show the jurisdiction of this Court. Reddic responded by explaining why

she was unable to file the notice of appeal on July 3, 2014. However, this information does not show the jurisdiction of this Court.

Because this Court is not authorized to extend the time for perfecting an appeal except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered January 21, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(PUBLISH)

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JANUARY 21, 2015

### NO. 12-14-00203-CV

**LINDA C. TATE REDDIC,**
Appellant
V.
**LARRY D REDDIC SR.,**
Appellee

---

Appeal from the 321st District Court

of Smith County, Texas (Tr.Ct.No. 12-1808-D)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*